**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Cliff Levitt, Individually, and on behalf of all the heirs of the | : |
| Estate of REGINALD DUGUAY, Deceased | : |
| v. | : C.A. No. 06-430T |
| | : |
| ASARCO INCORPORATED, et al. | : |

## NOTICE OF APPEARANCE

The undersigned hereby enter their appearance on behalf of Union Carbide Corporation in the above-captioned matter.

DEFENDANT,
UNION CARBIDE CORPORATION

By its Attorneys,

/s/ R. Bart Totten
MARK O. DENEHY, ESQ. (#3492)
VICTORIA M. ALMEIDA, ESQ. (#1755)
R. BART TOTTEN, ESQ. (#5095)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: October 31, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 31st of October, 2006, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 06-430T.

/s/ R. Bart Totten