**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Cliff Levitt, Individually, and on behalf of all the heirs of the | : | |
| Estate of REGINALD DUGUAY, Deceased | : | |
| v. | : | C.A. No. 06-430T |
| | : | |
| ASARCO INCORPORATED, et al. | : | |

**NOTICE OF APPEARANCE**

The undersigned hereby enter their appearance on behalf of Aventis CropScience USA, Inc., now known as Bayer CropScience, Inc., as successor to Amchem Products, Inc., in the above-captioned matter.

DEFENDANT,
BAYER CROPSCIENCE, INC.

By its Attorneys,

/s/ R. Bart Totten
MARK O. DENEHY, ESQ. (#3492)
VICTORIA M. ALMEIDA, ESQ. (#1755)
R. BART TOTTEN, ESQ. (#5095)
ADLER POLLOCK & SHEEHAN P.C.
2300 Financial Plaza
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: November 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 6th of November, 2006, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 06-430T.

/s/ R. Bart Totten

*28468_1.doc*