**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: ASBESTOS PRODUCT LIABILITY LITIGATION**

**This Document Relates To:**

**C.A. NO. MDL 875**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLIFF LEVITT, Individually and on Behalf of all the Heirs of the Estate of REGINALD DUGUAY, Deceased,**
Plaintiff

**VS.** **C.A. NO. 06-430T**

**ASARCO INCORPORATED, et al.,**
Defendants

**JURY TRIAL BY TWELVE JURORS DEMANDED**

ENTRY OF APPEARANCE AND ANSWER
OF JOHN CRANE, INC. TO COMPLAINT

In accordance with the order, as amended, entered by the Honorable Charles R. Weiner on August 20, 1986, In Re: Asbestos Litigation, Misc. Docket No. 86-0457 (E.D. Pa.), this document serves as both an Entry of Appearance and Answer to Plaintiff's Complaint, and allegations contained in or incorporated in Plaintiff's Complaint are deemed denied. This also serves to incorporate by reference the Asbestos Defendants' Master Affirmative Defenses including any amendments and supplements thereto, model cross-claims and answer to cross-claims.

**TO THE CLERK**

Kindly enter our appearance on behalf of Defendant John Crane, Inc.

Respectfully submitted,

/s/ David H. Stillman__

David H. Stillman, R.I. Bar No. #5480
STILLMAN & ASSOCIATES, P.C.
51 Mill Street, Suite 5
Hanover, MA 02339
781-829-1077
F: 781-829-2077

Dated: November 15, 2006

CERTIFICATE OF SERVICE

I, David H. Stillman, attorney for the Defendant, John Crane, Inc., hereby certify that on this date, November 15, 2006, I caused the within document to be filed and served electronically.

/s/ David H. Stillman
David H. Stillman, Esq. #5480