298556

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CLIFF LEVITT, Individually, and on Behalf of all the heirs of the Estate of REGINALD DUGUAY, Deceased,

Plaintiff,

v.

ASARCO INCORPORATED, AVENTIS CROPSCIENCE USA, INC., Successor to Amchem Products, Inc., and Its Benjamin Foster Division, FOSTER WHEELER CORPORATION, GARLOCK SEALING TECHNOLOGIES LLC, in its own right And as Successor in Interest to GARLOCK, INC., GENERAL REFRACTORIES COMPANY, INDUSTRIAL HOLDINGS CORPORATION, f/k/a CORBORUNDUM CO., INGERSOLL-RAND COMPANY, JOHN CRANE, INC., GOULDS PUMP (IPG), Inc., METROPOLITAN LIFE INSURANCE COMPANY, 3M COMPANY, RHONE-POULENC AG COMPANY, Successor to Amchem Products, Inc., and its Benjamin Foster Division, YARWAY CORPORATION, UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC., VIACOM, INC., Successor by merger to CBS CORPORATION, f/k/a Westinghouse Electric Corporation,

Defendants.

Civ. A. No. 06-430T

## NOTICE OF APPEARANCE

We, Craig R. Waksler, Andrew C. Coulam, and Sheri L. Pizzi, enter our appearances on behalf of the defendant, Garlock Sealing Technologies, LLC, Successor in Interest to Garlock, Inc., in connection with the above-captioned matter. Craig R. Waksler will serve as lead counsel for the defendant and asks that the Court send him notices regarding the above-captioned matter pursuant to Local Rule 206(c)(1).

Date: November 17, 2006

Andrew C. Coulam, Esq.
R.I. Bar No. 6884
acoulam@taylorduane.com

Craig R. Waksler, Esq.
R.I. Bar No. 4945
cwaksler@taylorduane.com

Sheri L. Pizzi, Esq.
R.I. Bar No. 5720
spizzi@taylorduane.com

TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

## CERTIFICATE OF SERVICE

I, Sheri L. Pizzi, hereby certify that on November 17, 2006, I served a true and accurate copy of the following:

1. Entry of Appearance of Craig R. Waksler, Andrew C. Coulam, and Sheri L. Pizzi on behalf of the Defendant, Garlock Sealing Technologies LLC, Successor in Interest to Garlock, Technologies

by CM/ECF electronic mail notification, to the following individuals listed on the Electronic Mail Notice List for the above matter:

Vincent L. Greene, IV, Esq.
vgreene@motleyrice.com

David H. Stillman, Esq.
dhs@stillmanlegal.com

R. Bart Totten
btotten@apslaw.com
djubacki@apslaw.com

Sheri L. Pizzi