IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CLIFF LEVITT, Individually, and on behalf of all the heirs of the Estate of REGINALD DUGUAY, deceased, *Plaintiffs*, | |
| v. | Civil Action Number: 06-430-T |
| 3M COMPANY, et al. *Defendants*. | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and All Parties of Record:

Please enter my appearance as counsel in this case for the defendant, 3M Company a/k/a Minnesota Mining & Manufacturing Company a/k/a 3M.

The Defendant,
3M Company,
By its Attorney,

George E. Wakeman, Jr.
R.I. BBO #5255
ADLER, COHEN, HARVEY,
WAKEMAN & GUEKGUEZIAN, LLP
75 Federal Street, Tenth Floor
Boston, Massachusetts 02110
(617) 423-6674

Dated: November 21, 2006