IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI)

| | | |
|---|---|---|
| ______________ | ) | |
| This Document Relates to | ) | C.A. No. MDL 875 |
| ______________ | ) | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CLIFF LEVITT, Individually and on behalf of all heirs of the Estate of REGINALD DUGUAY, Deceased, | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 06-430T JURY TRIAL BY TWELVE JURORS DEMANDED |
| ASARCO INCORPORATED, AVENTIS CROPSCIENCE USA INC., successor to Amchem Products Inc., and its Benjamin Foster Division, FOSTER WHEELER CORPORATION, GARLOCK SEALING TECHNOLOGIES LLC, in its own right and as successor in interest to GARLOCK INC., GENERAL REFRACTORIES CO., INDUSTRIAL HOLDINGS CORPORATION f/k/a CARBORUNDUM CO., INGERSOLL-RAND COMPANY, JOHN CRANE, INC., GOULDS PUMP (IPG), INC., METROPOLITAN LIFE INSURANCE COMPANY, 3M COMPANY, RHONE-POULENC AG CO., Successor to Amchem Products, Inc., and its Benjamin Foster | ) | |

Division, )
YARWAY CORPORATION,)
UNION CARBIDE CHEMICALS )
AND PLASTICS CO., INC., )
VIACOM, INC., successor by )
merger to CBS CORPORATION, )
f/k/a WESTINGHOUSE )
ELECTRIC CORPORATION, )
)
Defendants )

ENTRY OF APPEARANCE AND ANSWER TO COMPLAINT

In accordance with the order, as amended, entered by the Honorable Charles R. Weiner on August 20, 1986, In Re: Asbestos Litigation, Misc. Docket No. 86-0457 (E.D. Pa.), this document serves as both an Entry of Appearance and Answer to Plaintiff's Complaint, and allegations contained in or incorporated in Plaintiff's Complaint, are deemed denied. This also serves to incorporate by reference the Asbestos Defendants' Master Affirmative Defenses including any amendments and supplements thereto.

**TO THE CLERK**

Kindly enter our appearance on behalf of Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation.

Respectfully Submitted.

By: ______________________

Thomas W. Lyons, Esquire
**STRAUSS, FACTOR, LAING & LYONS**
222 Richmond Street
Suite 208
Providence, RI 02903
Tel: (401) 456-0700

Fax: (401) 421-4730
RI Bar No. 2946

Dated: ________ ___, 2006

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within to all counsel of record on the 21st day of November, 2006.

/s/ Thomas W. Lyons

Thomas W. Lyons, Esq.