IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

This Document Relates to ) C.A. No. MDL 875

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CLIFF LEVITT, Individually and on behalf of all heirs of the Estate of REGINALD DUGUAY, Deceased,

Plaintiff

v.

C.A. No. 06-430T
JURY TRIAL BY TWELEVE JURORS DEMANDED

ASARCO INCORPORATED,
AVENTIS CROPSCIENCE USA INC., successor to Amchem Products Inc., and its Benjamin Foster Division,
FOSTER WHEELER CORPORATION,
GARLOCK SEALING TECHNOLOGIES LLC, in its own right and as successor in interest to GARLOCK INC.,
GENERAL REFRACTORIES CO.,
INDUSTRIAL HOLDINGS CORPORATION f/k/a CARBORUNDUM CO.,
INGERSOLL-RAND COMPANY,
JOHN CRANE, INC.,
GOULDS PUMP (IPG), INC.,
METROPOLITAN LIFE INSURANCE COMPANY,
3M COMPAN,
RHONE-POULENC AG CO., Successor to Amchem Products, Inc., and its Benjamin Foster

| | |
|---|---|
| Division, | ) |
| YARWAY CORPORATION, | ) |
| UNION CARBIDE CHEMICALS | ) |
| AND PLASTICS CO., INC., | ) |
| VIACOM, INC., successor by | ) |
| merger to CBS CORPORATION, | ) |
| f/k/a WESTINGHOUSE | ) |
| ELECTRIC CORPORATION, | ) |
| | ) |
| Defendants | ) |

NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTE THAT ON July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause.

MDL Rule 13(3) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order

to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully Submitted.

By: [signature]

Thomas W. Lyons, Esquire
**STRAUSS, FACTOR, LAING & LYONS**
222 Richmond Street
Suite 208
Providence, RI 02903
Tel: (401) 456-0700
Fax: (401) 421-4730
RI Bar No. 2946

Dated: November 7, 2006

Mailed to: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Bldg.
One Columbus Circle, NE, Room G-255
Federal Judiciary Building
Washington, DC 20002-8004

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within to all counsel of record on the 21st day of November, 2006.

Thomas W. Lyons, Esq.