**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Cliff Levitt, Individually, and on behalf of all the heirs of the | : | |
| Estate of REGINALD DUGUAY, Deceased | : | |
| v. | : | C.A. No. 06-430T |
| | : | |
| ASARCO INCORPORATED, et al. | : | |

**NOTICE OF APPEARANCE**

The undersigned hereby enter their appearance in the above-captioned matter on behalf of Foster Wheeler LLC (survivor to a merger with Foster Wheeler Corporation, a named defendant in the above-entitled cause).

DEFENDANT,
FOSTER WHEELER LLC

By its Attorneys,

/s/ R. Bart Totten
MARK O. DENEHY, ESQ. (#3492)
VICTORIA M. ALMEIDA, ESQ. (#1755)
R. BART TOTTEN, ESQ. (#5095)
JAMES R. OSWALD (#5727)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: January 2, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Notice of Appearance through the ECF system on the 2nd of January, 2007, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case No. 06-430T.

/s/ R. Bart Totten

*29727_1.doc*