**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CLIFF LEVITT, Individually, and on Behalf of all the heirs of the Estate of REGINALD DUGUAY, Deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. A. No. 06-430T |
| ASARCO INCORPORATED, et al. | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT, GARLOCK SEALING TECHNOLOGIES LLC, SUCCESSOR IN INTEREST TO GARLOCK, INC., TO DISMISS ON THE GROUNDS OF *FORUM NON CONVENIENS***

Defendant, Garlock Sealing Technologies LLC, successor in interest to Garlock, Inc. ("Garlock"), moves to dismiss this action brought by Plaintiff, a Canadian national whose claims arose exclusively in Canada and are wholly unrelated to Rhode Island, pursuant to the doctrine of *forum non conveniens*. *See Gulf Oil v. Gilbert*, 330 U.S. 501, 67 S.Ct. 839 (1947); *Iragorri v. Int'l Elevator, Inc.*, 203 F.3d 8 (1st Cir. 2000). Dismissal on *forum non conveniens* grounds is appropriate because there is at least one alternative, adequate forum—Canada—available to the plaintiff and the public and private factors set forth in *Gilbert* weigh strongly in favor of this alternative forum. Further grounds for the defendant's motion are contained in the accompanying memorandum of law.

Wherefore, Garlock respectfully requests that the Court grant its motion and dismiss this case under the common law doctrine of *forum non conveniens*.

Defendant, Garlock Sealing
Technologies, LLC, successor in
interest to Garlock, Inc.,
By its Attorneys,

/s/ Andrew C. Coulam
Andrew C. Coulam
R.I. Bar No. 6884
acoulam@taylorduane.com
Craig R. Waksler, Esq.
R.I. Bar No. 4945
cwaksler@taylorduane.com
Sheri L. Pizzi, Esq.
R.I. Bar No. 5720
spizzi@taylorduane.com

Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)

**CERTIFICATE OF SERVICE**

I, Andrew C. Coulam, hereby certify that on January 11, 2007, I served a true and accurate copy of the following:

1. Motion of the Defendant, Garlock Sealing Technologies LLC, Successor in Interest to Garlock, Inc., to Dismiss on the Grounds of *Forum Non Conveniens*

by CM/ECF electronic mail notification, to the following individuals listed on the Electronic Mail Notice List for the above matter:

Vincent L. Greene, IV, Esq.
vgreene@motleyrice.com

David H. Stillman, Esq.
dhs@stillmanlegal.com

R. Bart Totten
btotten@apslaw.com
djubacki@apslaw.com

/s/ Andrew C. Coulam

Andrew C. Coulam
R.I. Bar No. 6884
acoulam@taylorduane.com
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (fax)