# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Ck 06-430T

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

December 28, 2006

Honorable James T. Giles
U.S. District Judge
17614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Re: MDL-875 - In re Asbestos Products Liability Litigation (No. VI)

(See Attached CTO-272)

Dear Judge Giles:

For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Teresa Bishop
Deputy Clerk

cc: (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 28 2006

FILED
CLERK'S OFFICE

## *DOCKET NO. 875*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-272)*

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,570 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**SCHEDULE CTO-272 - TAG-ALONG ACTIONS**
**DOCKET NO. 875**
**IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA MIDDLE | |
| ALM 2 06-1034 | Robert D. Belue, et al. v. A.O. Smith Electrical Products Co., et al. |
| CALIFORNIA NORTHERN | |
| CAN 3 06-6759 | Marie Corbin, et al. v. General Electric Co., et al. |
| FLORIDA MIDDLE | |
| FLM 8 06-2115 | Robert E. Powell, et al. v. Owens-Illinois, Inc., et al. |
| ILLINOIS NORTHERN | |
| ILN 1 06-3759 | Judy Smith, etc. v. Caterpillar, Inc., et al. |
| MARYLAND | |
| MD 1 06-3280 | Joyce Liming, etc. v. ACandS, Inc., et al. |
| MISSISSIPPI SOUTHERN | |
| MSS 1 06-383 | Brandon Kaye Polk v. Phillips 66 Co., et al. |
| MSS 1 06-384 | Daniel Livingston v. Phillips 66 Co., et al. |
| MSS 1 06-1088 | Pamela K. Wilbanks, et al. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1146 | Ralph T. McPhail v. Phillips 66 Co., et al. |
| MSS 1 06-1166 | Robert F. Ashley v. A.W. Chesterton Co., et al. |
| MSS 1 06-1167 | Howard Austin v. A.W. Chesterton Co., et al. |
| MSS 1 06-1168 | Norval V. Beacham, Jr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1169 | John Conn v. A.W. Chesterton Co., et al. |
| MSS 1 06-1170 | Chester J. Couch v. A.W. Chesterton Co., et al. |
| MSS 1 06-1171 | Marie Davenport, etc. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1172 | Willie Lee Davis v. A.W. Chesterton Co., et al. |
| MSS 1 06-1173 | Michael E. Dunn v. A.W. Chesterton Co., et al. |
| MSS 1 06-1174 | Dave Gray, Jr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1175 | Eddie Lee Gray v. A.W. Chesterton Co., et al. |
| MSS 1 06-1176 | Jefferson D. Jobe v. A.W. Chesterton Co., et al. |
| MSS 1 06-1177 | George L. Jones v. A.W. Chesterton Co., et al. |
| MSS 1 06-1178 | Vernon R. Martin v. A.W. Chesterton Co., et al. |
| MSS 1 06-1179 | Robert M. Mathes, Sr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1180 | Daniel M. Roach, Jr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1181 | Mose Selmon v. A.W. Chesterton Co., et al. |
| MSS 1 06-1182 | Marvin L. Sullivan v. A.W. Chesterton Co., et al. |
| MSS 1 06-1183 | Michael W. Walthall v. A.W. Chesterton Co., et al. |
| MSS 1 06-1184 | Robert Wilson, Jr. v. A.W. Chesterton Co., et al. |
| MSS 1 06-1199 | Willie Lee Daniels v. Phillips 66 Co., et al. |
| MSS 1 06-1200 | Harvey E. Broom v. Phillips 66 Co., et al. |
| MSS 1 06-1201 | Rolland Dearman v. Phillips 66 Co., et al. |
| MSS 1 06-1202 | Clinton L. Brady v. Phillips 66 Co., et al. |
| MSS 1 06-1203 | Deloice Bullock v. Phillips 66 Co., et al. |
| MSS 1 06-1204 | Eliel K. Mounteer, Sr. v. Phillips 66 Co., et al. |
| MSS 1 06-1205 | Terry Wallace v. Phillips 66 Co., et al. |
| MSS 1 06-1206 | Ray C. Rawls v. Phillips 66 Co., et al. |

# INVOLVED JUDGES LIST (CTO-272)
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse, 19th Floor
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Terrence W. Boyle
Chief Judge, U.S. District Court
P.O. Box 306
Elizabeth City, NC 27907

Hon. Elaine E. Bucklo
U.S. District Judge
1446 Everett M. Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Hon. Robert C. Chambers
U.S. District Judge
P.O. Box 1570
Huntington, WV 25716-1570

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. Walter J. Gex III
Senior U.S. District Judge
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 714
Gulfport, MS 39501

Hon. Malcolm J. Howard
Senior U.S. District Judge
P.O. Box 5006
Federal Building
Room 306
Greenville, NC 27835

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
17th Floor
Tampa, FL 33602

Hon. J. Frederick Motz
U.S. District Judge
101 West Lombard Street
510 Edward A. Garmatz Federal Building
& U.S. Courthouse
Baltimore, MD 21201-2690

Hon. Lacy H. Thornburg
U.S. District Judge
200 U.S. Courthouse
100 Otis Street
Asheville, NC 28801-2611

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
219 Federal Building & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. W. Keith Watkins
U.S. District Judge
F-300 Frank M. Johnson Jr.
Federal Courthouse Annex
One Church Street
Montgomery, AL 36104