**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CLIFF LEVITT,
Plaintiff

vs. C.A. No. 06-430T

ASARCO INCORPORATED, ET AL.,
Defendants

**ORDER**

In accordance with **Administrative Order No. 11** entered on August 15th, 2006 by Judge James T. Giles in **MDL 875**, Defendant Garlock Sealing Technologies, LLC's Motion to Dismiss is hereby **DENIED** without prejudice.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 8/9/07